**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>NATASHA RENEE GIBBS<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal Action No. 3:26-cr-00196 |

# ORDER

At Charlotte, on October 30, 2026, came the United States by Matthew Miller, Assistant United States Attorney, and came the Defendant, Natasha Renee Gibbs, in person and by court-appointed counsel, Daniel Roberts, Assistant Federal Public Defender, for the purpose of an Arraignment Hearing on Indictment filed in this matter. Also, present was Kyle Brett, United States Probation Officer.

The Arraignment was held, and the Arraignment Order and Standard Discovery Requests was completed and filed.

The Defendant will remain free on the same Order Setting Conditions of Release entered on September 29, 2026.

The Court **DIRECTS** the Clerk to provide a copy of this Order to counsel of record, the Defendant, the United States Probation Office, and the United States Marshal Service.

ENTERED: October 30, 2026.

Omar J. Aboulhosn
United States Magistrate Judge