**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:26-CR-00196**

| |
|---|
| **UNITED STATES OF AMERICA,**<br><br>**vs.**<br><br>**NATASHA GIBBS,**<br><br>***Defendant.*** |

**MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE**

Ms. Gibbs, through undersigned counsel, respectfully requests that this Court continue the currently scheduled trial and motions deadline in this case. As grounds, the defense states the following:

1. On October 30, 2026, Ms. Gibbs was arraigned on a three-count Bill of Indictment, charging her with two counts of False Statement During Purchase of a Firearm under 18 *U.S.C.* § 922(a)(6), and Illegal Transfer of a Firearm under 18 *U.S.C.* § 933(a). Undersigned counsel was appointed the same day.

2. This case is currently scheduled for trial on January 5, 2027, with corresponding pretrial deadlines scheduled pursuant to the scheduling order.

3. Ms. Gibbs is currently on pretrial release under conditions set by the Court.

4. Unlike many cases charging similar conduct, Ms. Gibbs case involves voluminous discovery. Undersigned counsel has received two electronic discovery productions in the case from the government. The first production contains 452 gigabytes of information. The second production contains another 1.61 gigabytes of information. Due to the recency in counsel's appointment - and the volume of discovery - counsel

will need additional time to review the discovery, to discuss its contents with Ms. Gibbs, to conduct any necessary investigations, to conduct any resulting plea negotiations, and to otherwise prepare for trial.

5. Undersigned counsel has discussed this motion with the government, and the government does not oppose this motion.

**WHEREFORE,** Ms. Gibbs respectfully requests a continuance of the docket call and the corresponding pre-trial motions deadlines.

Respectfully submitted:

/s/ Daniel P. Roberts
Daniel P. Roberts
NC Bar No. 32903
Assistant Federal Defender
Federal Defenders of Western North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
Phone: (704) 374-0720
Fax: (704) 374-0722
Email: Daniel_P_Roberts@fd.org